# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED APRIL 29, 2015

### NO. 03-15-00205-CV

**Carlos A. Gonzalez, Appellant**

**v.**

**Brooke Randel, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from an order signed by the trial court on March 4, 2015. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.